**Order entered December 27, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01055-CV

## IN THE INTEREST OF A.S., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00707-W**

## ORDER

Before the Court is appellant's December 20, 2016 motion for extension of time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by January 3, 2017.

/s/   CRAIG STODDART
JUSTICE